1054

[No. 29326-9-II. Division Two. May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN ALDEN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00844-5, John P. Wulle, J., entered September 4, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[Nos. 29504-1-II; 29510-5-II. Division Two. May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC QUINN FRANKLIN, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 00-1-00574-3 and 01-1-01166-1, Kitty-Ann van Doorninck, J., entered September 24, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Seinfeld, J. Pro Tem.

[No. 29679-9-II. Division Two. May 25, 2004.]

DALE EVAN ROUSH, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

*In the Matter of the Detention of* DALE EVAN ROUSH.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08925-4, Katherine M. Stolz, J., entered November 22, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 29857-1-II. Division Two. May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY J. FINDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02045-3, Robert L. Harris, J., entered January 21, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Seinfeld, J. Pro Tem.